**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**Atlanta Division**

**JULIUS KURIA,**

                    **Plaintiff,**

**v.**

**PALISADES ACQUISITION XVI, LLC,**

           **Defendant.**

**Civil Action No.**

**1:09-cv-3321-JOF-RGV**

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The plaintiff, Julius Kuria, and the defendant, Palisades Acquisition XVI, LLC, by their respective counsel, whose signatures are given below, hereby stipulate and agree that, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the above-styled action is hereby dismissed with prejudice.  The parties shall each bear their own attorneys' fees and costs.

                    Respectfully submitted,

                    JULIUS KURIA
                    Plaintiff
                    By Counsel

                    PALISADES ACQUISITION XVI, LLC
                    Defendant
                    By Counsel

s/ Edward M. Wayland
Edward M. Wayland, Esq.
State Bar of Georgia #522341
*edwayland@yahoo.com*
2800 Zelda Road, Suite 100-5
Montgomery, AL  36106
(334) 409-9688
(334) 460-8760 (fax)

Counsel for Plaintiff Julius Kuria


s/ John H. Bedard, Jr.
John H. Bedard, Jr., Esq.
State Bar of Georgia #043473
*jbedard@bedardlawgroup.com*
Michael K. Chapman, Esq.
Georgia Bar #322145
*mchapman@bedardlawgroup.com*
2810 Peachtree Industrial Blvd., Suite D
Duluth, GA  30097
(770) 248-2885
(770) 248-2883 (fax)

Gregson T. Haan, Esq.
State Bar of Georgia #316070
*ghaan@mphlawfirm.com*
Jeremy T. McCullough, Esq.
State Bar of Georgia #465211
*jtmccullough@mphlawfirm.com*
McCullough Payne & Haan, LLC
171 17th Street, N.W.
Suite 975
Atlanta, GA   30363
(404) 873-1386
(404) 875-4817 (fax)

Counsel for Defendant
Palisades Acquisition XVI, LLC